UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF EXTRADITION
OF JEVON ANTOINE SCOTT,         Case No.  06-50595

      Magistrate Judge R.  Steven Whalen

_____/

**ORDER DENYING MOTION FOR BOND**

For the reasons and under the terms stated on the record on June 27, 2006,

IT IS HEREBY ORDERED that Jevon Antoine Scott's Motion for Bond Pending Formal Request for Extradition [Docket #6] is DENIED WITHOUT PREJUDICE.

      S/R.  Steven Whalen
      R.  STEVEN WHALEN
      UNITED STATES MAGISTRATE JUDGE

Dated:  June 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 27, 2006.

      S/Gina Wilson
      Judicial Assistant